# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JOEL V. HAYMES,<br><br>                Plaintiff,<br><br>v.<br><br>DJO, LLC, *et al.*,<br><br>                Defendants. | Civil No. 09-1675(JRT/JJK)<br><br>**ORDER OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

_____

This matter came before this Court upon the Stipulation for Dismissal Without Prejudice of Defendants Abbott Laboratories and Hospira, Inc, filed by the parties on October 28, 2010 [Docket No. 162].

**IT IS HEREBY ORDERED** that Defendants Abbott Laboratories and Hospira, Inc. are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

DATED: October 28, 2010
at Minneapolis, Minnesota.

                                                  ___ s/ John R. Tunheim ___
                                                     JOHN R. TUNHEIM
                                                   United States District Judge